**652**

5 So.2d 848

## Lillian HOPE v. STATE.
### I Div. 407.

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

3 So.2d 922

## Bennie HOUSTON v. STATE.
### 8 Div. 89.

Court of Appeals of Alabama.
June 10, 1941.

Rehearing Stricken June 24, 1941.

Fred S. Parnell, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 44

## W. H. HOWARD v. W. A. SHIRLEY.
### 7 Div. 576.

Court of Appeals of Alabama.
Jan. 16, 1941.

PER CURIAM.
Appeal dismissed.

11 So.2d 169

## G. U. HUGULEY (Doing Business as Huguley's) v. REPUBLIC STEEL CORP.
### 7 Div. 635.

Court of Appeals of Alabama.
Oct. 27, 1942.

McCord, Miller & McCord, of Gadsden, for appellant.

Hood, Inzer, Martin & Suttle, of Gadsden, for appellee.

RICE, Judge.

Mutatis mutandis, all that Mr. Justice, now Chief Justice, Gardner said for our Supreme Court in the opinion in the case of Jerrell v. Equitable Life Assur. Soc. et al., 222 Ala. 687, 134 So. 132, has application here—the situations with reference to bills of exceptions vel non being identical.

Hence, upon the authority of the opinion and decision in that case, the judgment appealed from is affirmed. Code 1940, Tit. 13, § 95.

Affirmed.

8 So.2d 903

## Fant E. HULSEY v. STATE.
### 6 Div. 861.

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.